

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 APR 12 PM 2:47

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAYMON ADAMS | CIVIL ACTION |
| VERSUS | NUMBER: 02-1059 |
| CHARLES C. FOTI, JR., ET AL | SECTION "A" (3) |

### ANSWER AND DEFENSES

**NOW INTO COURT,** through undersigned counsel comes defendant, Charles C. Foti, Jr., Criminal Sheriff of Orleans Parish, who answers petitioner's Complaint as follows:

### FIRST DEFENSE

The Complaint fails to state a claim against the defendant upon which relief can be granted.

### SECOND DEFENSE

Defendant categorically paragraph by paragraph alleges and avers as follows:

1.

Admitted.

2.

Defendant denies the allegations contained in paragraph II of the Complaint for lack of sufficient information upon which to justify a belief therein.

3.

Defendant denies the allegations contained in paragraph III of the Complaint for lack of sufficient information upon which to justify a belief therein.

___ Fee___
_X_ Process___
___ Dktd___
___ CtRmDep___
Doc. No.___

4.

Defendant denies the allegations contained in paragraph IV of the Complaint for lack of sufficient information upon which to justify a belief therein.

5.

Defendant denies the allegations contained in paragraph V of the Complaint for lack of sufficient information upon which to justify a belief therein.

6.

Defendant denies the allegations contained in paragraph VI of the Complaint for lack of sufficient information upon which to justify a belief therein.

7.

Defendant denies the allegations contained in paragraph VII of the Complaint for lack of sufficient information upon which to justify a belief therein.

8.

Defendant denies the allegations contained in paragraph VIII of the Complaint for lack of sufficient information upon which to justify a belief therein.

9.

Defendant denies the allegations contained in paragraph IX of the Complaint for lack of sufficient information upon which to justify a belief therein.

10.

Defendant denies the allegations contained in paragraph X of the Complaint for lack of sufficient information upon which to justify a belief therein.

11.

Defendant denies the allegations contained in paragraph XI of the Complaint for lack of sufficient information upon which to justify a belief therein.

12.

Defendant denies the allegations contained in paragraph XII of the Complaint for lack of sufficient information upon which to justify a belief therein.

13.

Defendant denies the allegations contained in paragraph XIII of the Complaint for lack of sufficient information upon which to justify a belief therein.

14.

Defendant denies the allegations contained in paragraph XIV of the Complaint for lack of sufficient information upon which to justify a belief therein.

15.

Defendant denies the allegations contained in paragraph XV of the Complaint for lack of sufficient information upon which to justify a belief therein.

16.

Defendant denies the allegations contained in paragraph XVI. of the Complaint for lack of sufficient information upon which to justify a belief therein.

17.

Defendant denies the allegations contained in paragraph XVII of the Complaint for lack of sufficient information upon which to justify a belief therein.

18.

Defendant denies the allegations contained in paragraph XVIII of the Complaint for lack of sufficient information upon which to justify a belief therein.

19.

Defendant denies the allegations contained in paragraph XIX of the Complaint for lack of sufficient information upon which to justify a belief therein.

20.

Defendant denies the allegations contained in paragraph XX of the Complaint for lack of sufficient information upon which to justify a belief therein.

21.

Defendant denies the allegations contained in paragraph XXI of the Complaint for lack of sufficient information upon which to justify a belief therein.

22.

Defendant denies the allegations contained in paragraph XXII of the Complaint for lack of sufficient information upon which to justify a belief therein.

23.

Defendant denies the allegations contained in paragraph XXIII of the Complaint for lack of sufficient information upon which to justify a belief therein.

24.

Defendant denies the allegations contained in paragraph XXIV of the Complaint for lack of sufficient information upon which to justify a belief therein.

25.

Defendant denies the allegations contained in paragraph XXV of the Complaint for lack of sufficient information upon which to justify a belief therein.

26.

Defendant denies the allegations contained in paragraph XXVI of the Complaint for lack of sufficient information upon which to justify a belief therein.

27.

Defendant denies the allegations contained in paragraph XXVII of the Complaint for lack of sufficient information upon which to justify a belief therein.

28.

Defendant denies the allegations contained in paragraph XXVIII of the Complaint for lack of sufficient information upon which to justify a belief therein.

29.

Defendant denies the allegations contained in paragraph XXIX of the Complaint for lack of sufficient information upon which to justify a belief therein.

30.

Defendant denies the allegations contained in paragraph XXX of the Complaint for lack of sufficient information upon which to justify a belief therein.

31.

Defendant denies the allegations contained in paragraph XXXI of the Complaint for lack of sufficient information upon which to justify a belief therein.

### THIRD DEFENSE

The Court is without jurisdiction as to all claims asserted by the petitioner in this matter, inasmuch as the Complaint fails to state a proper claim of relief under the Constitution of the United States or any United States statute.

### FOURTH DEFENSE

Defendant herein pleads that any action taken by him was done in good faith and with probable cause, without malice and under laws believed to be constitutional.

### FIFTH DEFENSE

That the petitioner by virtue of her own actions and conduct was guilty of negligence and/or contributory negligence and/or assumption of the risk, all of which will be more fully shown at the trial of this matter.

### SIXTH DEFENSE

Defendant avers that at all times herein, his actions were reasonable, justified and legally permissible under the circumstances.

### SEVENTH DEFENSE

Defendant specifically pleads that he is entitled to and protected by the qualified immunity afforded to public officials for acts committed during the course of their official duties.

### EIGHTH DEFENSE

As a political subdivision of the State of Louisiana, defendant is entitled to and hereby pleads the statutory limitation of liability, costs and interest contained in LSA-R.S. 13:5106 and LSA-R.S. 13:5112, as well as any other statutory or jurisprudential limitation of liability, costs, and interest available to defendant under the law.

## NINTH DEFENSE

Despite having adequate and reasonable opportunity to do so, plaintiff failed to mitigate his damages so that any recovery sought herein should be reduced or be precluded entirely.

**WHEREFORE,** defendant prays that this answer be deemed good and sufficient and after due proceedings, there be judgment herein, dismissing petitioner's Complaint with prejudice, at her costs and for all other general and equitable relief.

Respectfully submitted,

**USRY, WEEKS & MATTHEWS**

By: _____
LAMBERT J. HASSINGER, JR., T.A. (LBN 21683)
FREEMAN R. MATTHEWS (LBN 9050)
1717 St. Charles Avenue
New Orleans, Louisiana 70130
(504) 592-4600
Attorneys for Sheriff Charles C. Foti, Jr.
UWM File No. 02-318-14

## CERTIFICATE OF SERVICE

I do hereby certify that I have on April 10, 2002, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same via United States Mail, properly addressed, and first class postage pre-paid.

_____

H \02-318 014\answer wpd