FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 SEP 18  PM 4: 38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LAYMON ADAMS                                CIVIL ACTION

versus                                      NO. 02-1059

CHARLES FOTI, JR. ETC., ET. AL.             SECTION: "A" (1)

FILED:_____        _____
                                         DEPUTY CLERK

### WITNESS LIST OF PLAINTIFF

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, **LAYMON ADAMS**, who files the following list of witnesses he intends to call at the trial of this matter:

1. Laymon Adams;
2. Charles C. Foti;
3. Beatrice Beauchamp;
4. Elliot Bain;
5. Dr. Brobson Lutz;
6. Dr. Norman B. Chutkan;
7. Dr. Cedric Tankson;
8. Juwain Williams;
9. Thomas Casby;
10. Jabari Smith;

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc No. 16

11.  Johnny Matthews;

12.  Vernon Ruffin;

13.  Davit B. Morgan;

14.  Nurse John Brown;

15.  Dr. Dwight McKenna;

16.  Chief Rudy Belisle;

17.  Deputy Joanne Dorn;

18.  Michaellis Cane; and

19.  Any witness listed or called by defendant.

RESPECTFULLY SUBMITTED,

BY: _____
REGINALD J. LAURENT, #17683
Mailing: 3843 Coventry St.
         Slidell, LA   70458
         (504) 847-1657
         fax  847-2599

CERTIFICATE OF SERVICE

I do hereby certify that I have on this 18th day of Sept, 2002, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____