

```
         FILED
   U.S. DISTRICT COURT
  EASTERN DISTRICT OF LA

   2004 NOV -5  A 8: 33

   LORETTA G. WHYTE
         CLERK
```

MINUTE ENTRY
ZAINEY, J.
NOVEMBER 3, 2004

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAYMON ADAMS | CIVIL ACTION |
| VERSUS | NO. 02-1059 |
| CHARLES FOTI, JR., ET AL | SECTION "A"(1) |

At the request of counsel for Plaintiff and Dr. McKenna;

**IT IS ORDERED** that a status conference in this matter is SET for **Wednesday, November 10, 2004 at 5:15 p.m.** to discuss impediments to the settlement between Plaintiff and Dr. McKenna;

If the issue is not resolved by the attorneys, **IT IS ORDERED** that Mr. Reginald Laurent and Mr. Ike Spears are to attend this conference.

* * * * * * * *

DATE OF ENTRY
NOV 0 5 2004

___ Fee____
___ Process____
 X  Dktd____
___ CtRmDep____
___ Doc. No.__200